1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
6  LINDA D. CRANE

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA D. CRANE,<br><br>              Plaintiff,<br>  v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation, and RAYMOND ALCIDE PATENAUDE, individually and in his official capacity,<br><br>              Defendants. | Case No. C08-03533-BZ<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**<br><br>Fed. R. Civ. P. 68 |

COMES NOW the Plaintiff, LINDA D. CRANE, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court and the Defendants that the Defendants' Offer of Judgment pursuant to Fed. R. Civ. P. 68 is hereby accepted.  A copy of the Defendants' Offer of Judgment is attached hereto for the Court's reference and is identified as Exhibit "1."

Dated: August 20, 2008                    /s/ Fred W. Schwinn
                                          Fred W. Schwinn, Esq.
                                          Attorney for Plaintiff
                                          LINDA D. CRANE

---

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT                    Case No. C08-03533-BZ

1  June D. Coleman – 191890
   David B. Leas – 238326
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
     & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA 95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendants PATENAUDE & FELIX, A Professional Corporation; and RAYMOND
6  ALCIDE PATENAUDE, Individually

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| LINDA CRANE, on behalf of herself and others similrly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; and RAYMOND ALCIDE PATENAUDE, individually and in his official capacity,<br><br>    Defendants. | Case No.: C08-03533 BZ<br><br>**DEFENDANTS' RULE 68 OFFER OF JUDGMENT**<br><br>EXHIBIT 1 |

Defendants PATENAUDE & FELIX and RAYMOND ALCIDE PATENAUDE, hereby offer to allow judgment of dismissal to be entered against them and in favor of plaintiff LINDA CRANE, pursuant to Rule 68 of the Federal Rules of Civil Procedure according to the following terms:

Defendants PATENAUDE & FELIX and RAYMOND ALCIDE PATENAUDE to be pay Plaintiff LINDA CRANE the total sum of $2,000. In addition to this amount, LINDA CRANCE to be awarded reasonable attorneys' fees and costs, to be mutually agreed upon by the parties, or if no agreement can be reached, to be determined by the Court in accordance with 15 U.S.C. § 1692k.

Pursuant to Federal Rule of Civil Procedure 68, plaintiff may accept this offer by signing below indicating acceptance of the offer and serving written notice that this offer is accepted within 10 days

- 1 -

Defendants' Rule 68 Offer of Judgment

1  of service of this offer.  If the offer is not accepted within 10 days, it is deemed withdrawn.  This offer
2  is made for the purposes specified in Rule 68 and is not to be considered an admission of liability.
3  Defendants dispute liability

4  Dated: August 6, 2008

Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP

By _____
June D. Coleman
Attorney for Defendants
PATENAUDE & FELIX, A PROFESSIONAL
CORPORATION; AND RAYMOND ALCIDE
PATENAUDE, INDIVIDUALLY

10  Plaintiff LINDA CRANE accepts the above Rule 68 offer.
11  Dated: _____

By _____
Printed Name: _____
On Behalf of Plaintiff LINDA CRANE

16  Based on the foregoing, IT IS SO ORDERED.

18  Date: _____        _____
     Judge of the United States District Court for the Northern District of California, San Francisco
                                    Division

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On August 6, 2008, I served the following document(s) on the parties in the within action:

**Defendants' Rule 68 Offer of Judgment**

|  |  |
|---|---|
|  | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER eiectronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|  | **BY HAND:** The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|  | **VIA FACSIMILE:** The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|  | **VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Fred W. Schwinn<br>Consumer Law Center, Inc.<br>12 South First Street<br>Suite 1014<br>San Jose, CA 95113-2404 | Attorneys for<br>Plaintiff LINDA CRANE |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on August 6, 2008.

By: _____
Jennifer E. Mueller